*John L. Calvocoressi,* for the appellee (plaintiff).

*Richard S. Levin,* with whom was *Harold A. Bochino,* for the appellant (defendant).

Argued May 2—decided May 2, 1967

THOMAS F. HULBERT *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTPORT ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Edwin K. Dimes,* for the appellee (named defendant).

*Melvin J. Silverman,* for the appellant (plaintiff).

Argued May 2—decided May 2, 1967

STATE OF CONNECTICUT *v.* ARCHIE COSTA

The motion by the defendant for a continuance of the argument of the appeal from the Superior Court in Litchfield County is denied.

The motion by the defendant to add an additional issue in the appeal from the Superior Court in Litchfield County is denied.

The motion by the defendant to correct and file an addendum to his brief in the appeal from the Superior Court in Litchfield County is denied.

*Richard R. Stewart,* in support of the motions.

Submitted May 1—decided May 2, 1967